NOT FOR PUBLICATION

RECEIVED
JUL 1 3 2017
AT 8:30_____M
WILLIAM T. WALSH
CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

ALAN BOGART,

    Plaintiff,

v.

BARCLAYS CARD SERVICES,

    Defendant.

Civ. No. 17-3297

ORDER

THOMPSON, U.S.D.J.

THIS MATTER having come before the Court on the Stipulation to Stay Action Pending Arbitration (ECF No. 6); and it APPEARING that the parties will engage in binding individual arbitration of Plaintiff's Claims against Defendant; and good cause having been shown;

IT IS on this 13th day of July, 2017, hereby

ORDERED that this matter is STAYED pending resolution of Plaintiff's claims in arbitration; and it is further

ORDERED that the Clerk of Court shall administratively terminate this action during the stay; and it is further

ORDERED that within 30 days of the conclusion of the arbitration, or any settlement being reached between the parties, the parties shall advise this Court of the outcome of the arbitration or any settlement.

                                              */s/ Anne E. Thompson*
                                            ANNE E. THOMPSON, U.S.D.J.